UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

PAMELA WALL,

        Plaintiff,

   v.

CARES, INC., et al.,

        Defendants.

NO. CIV. S-05-2553 FCD GGH

ORDER

----oo0oo----

A complaint was filed on December 15, 2005 alleging that jurisdiction of this action is appropriate under 42 U.S.C. §§ 405(g) and 1395ff for review of a final decision of the Secretary of Health and Human Services. Accordingly, the matter was opened in compliance with the Eastern District's Local Rules, Appendix A, as reflected by the docket.

On August 11, 2006, plaintiff requested and default was entered by the Clerk against defendant(s). However, after a preliminary review it was determined that default was entered in error. Additionally, the docket, civil cover sheet, and complaint filed in this action appeared to assert claims that

1

should have been referred to the assigned magistrate judge and the appropriate opening documents issued, pursuant to Local Rule 72-302(c)(15) and Appendix A. A minute order issued on August 11, 2006, which directed the Clerk to make the appropriate adjustments to the docket.

On August 29, 2006, after a substantiative review of plaintiffs' allegations, the court finds that this action does not fall under the meaning of Local Rule 72-302(c)(15) and Appendix A. Accordingly, this matter shall be referred to the undersigned for all further actions.

The court therefore makes the following orders:

(1) This matter is now referred to the undersigned and Order Requiring a Joint Status Report filed December 15, 2005 is REINSTATED;

(2) The Clerk, is instructed to edit the docket to reflect that this action is a regular civil matter and not an action for review of a final decision of the Secretary of Health and Human Services; and

(3) Plaintiff's counsel is instructed to serve a copy of this order and the court's December 15, 2005 order on all defendant(s) who have not made an appearance in this action.

IT IS SO ORDERED.

DATED: August 30, 2005

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL, Jr.
UNITED STATES DISTRICT JUDGE

2