IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARES, INC. aka CONSUMER ADVOCATES RIGHTS ENFORCEMENT SOCIETY, a California not for profit public benefit consumer advocacy Corporation, PAMELA WALL, individually and on behalf of all those similarly situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>MICHAEL O. LEAVITT, Secretary of the Department of Health and Human Services,<br><br>　　　　　　　　　Defendant. | Case No. 2:05-CV-02553-FCD-GGH<br><br>ORDER APPROVING STIPULATION TO CONTINUE DEFENDANT'S JANUARY 26, 2007 MOTION TO DISMISS |

　　　The stipulation between the parties filed January 16, 2007, to continue the hearing on defendant's motion to dismiss from January 26, 2007 to March 2, 2007, at 10:00 a.m., is hereby APPROVED.   All briefing of the motion shall be in accordance with Local Rule 78-230 and the new hearing date.

　　　IT IS SO ORDERED.

DATED: January 17, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

1