IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARES, INC., aka CONSUMER
ADVOCATES RIGHTS ENFORCEMENT, et al.,

     Plaintiffs,                        CIV. NO. S-05-2553 FCD GGH

    vs.

MICHAEL O. LEAVITT,

     Defendant.                      ORDER
_____/

        This case has been referred to the undersigned. Presently pending is defendant's motion to dismiss, filed December 28, 2006. Briefing is completed; however, the court finds that a hearing would assist in disposition of this motion.

        Accordingly, IT IS ORDERED that defendant's motion to dismiss, filed December 28, 2006, will be heard on April 26, 2007, at 10:00 a.m. in courtroom #24.

DATED: 3/27/07

                                                /s/ Gregory G. Hollows

                                               GREGORY G. HOLLOWS
                                               U. S. MAGISTRATE JUDGE

GGH:076:Cares2553.set.wpd

1