IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARES, INC. aka CONSUMER ADVOCATES RIGHTS ENFORCEMENT SOCIETY, a California not for profit public benefit consumer advocacy Corporation, PAMELA WALL, individually and on behalf of all those similarly situated,<br><br>                   Plaintiff,<br><br>      v.<br><br>MICHAEL O. LEAVITT, Secretary of the Department of Health and Human Services,<br><br>                   Defendant. | Case No. 2:05-CV-02553-FCD-GGH<br><br>ORDER |

      Defendant's *ex parte* motion filed herein on July 9, 2007, is GRANTED. Plaintiff's motion to certify class action, noticed to be heard on July 26, 2007, at 10:00 a.m., is hereby taken off calendar pending a decision by the Court on defendant's dispositive motion. Court has issued its ruling on defendant's dispositive motion in plaintiff's favor; plaintiff can re-notice its motion to certify the class action for a date that is at least 30 days from the filing date of the ruling.

      IT IS SO ORDERED.

DATED: 7/13/07

                                                        /s/ Gregory G. Hollows<br>
                                                        GREGORY G. HOLLOWS<br>
                                                        United States Magistrate Judge

care.ord