IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARES, INC., aka CONSUMER
ADVOCATES RIGHTS ENFORCEMENT, et al.,

      Plaintiffs,                              CIV. NO. S-05-2553 FCD GGH

    vs.

MICHAEL O. LEAVITT,

      Defendant.                          <u>ORDER</u>

/

        Presently before the court is defendant's ex parte motion to vacate plaintiffs' motion to certify class action from the calendar for Thursday, August 9, 2007. After telephone conference with counsel for both parties, the court now issues the following order.

        IT IS ORDERED that:

        1. Defendant's ex parte motion to vacate the hearing on plaintiff's motion to certify class action pending a district court order on defendant's motion to dismiss, is granted in part.

        2. The hearing on plaintiff's motion is continued from August 9, 2007 to November 1, 2007, at 10:00 a.m. The hearing will proceed on that date whether or not the district court has issued an order resolving defendant's motion to dismiss.

        3. Defendant's opposition shall be filed by October 18, 2007.

4. Plaintiff may file a reply by October 25, 2007.

DATED: 8/8/07

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
U. S. MAGISTRATE JUDGE

GGH:076:Cares2553.exp.wpd