IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARES, INC., aka CONSUMER ADVOCATES RIGHTS ENFORCEMENT, et al., | |
| Plaintiffs, | CIV. NO. S-05-2553 FCD GGH |
| vs. | |
| MICHAEL O. LEAVITT, | |
| Defendant. | ORDER |

Presently before the court is plaintiff's ex parte application to reset plaintiff's motion to certify class, filed September 17, 2007, and application to extend scheduling order dates, filed September 20, 2007.  Defendant has opposed both requests.[1]

Plaintiff has not shown good cause to reset the schedule on plaintiff's motion to certify class, outlined in this court's August 8, 2007 order.  Therefore, this request will be denied. Any modification to the scheduling order in this case is dependent on the outcome of plaintiff's motion for class certification.  The court understands the need for expeditious handling of this case; further scheduling will be addressed at the November 1, 2007 hearing on the motion for class certification.

---

[1] Defendant objects to the application to reschedule dates, but agrees with extending all dates in the scheduling order by six months.

1

Accordingly, IT IS ORDERED that:

1. Plaintiff's ex parte application to reset plaintiff's motion to certify class, filed September 17, 2007, is denied.

2. Plaintiff's application to extend scheduling order dates, filed September 20, 2007, is denied. Modification of the scheduling order will be addressed at the November 1, 2007 hearing on plaintiff's motion to certify the class.

DATED: 10/1/07  /s/ Gregory G. Hollows

GREGORY G. HOLLOWS
U. S. MAGISTRATE JUDGE

GGH:076:Cares2553.ord.wpd

2