IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARES, INC., et al.,

        Plaintiff,                        No. CIV S-05-2553 FCD GGH

        vs.

MICHAEL O. LEAVITT,

        Defendant.

_____/

        Good cause appearing, it is hereby ORDERED that dates set forth in the court's December 14, 2006, scheduling order are hereby extended as follows:

- Discovery shall be completed on April 29, 2008;
- Plaintiff's expert witness designation shall be provided no later than May 13, 2008;
- Defendant's expert witness designation shall be provided no later than May 27, 2008;
- Supplemental expert witness disclosures shall be exchanged no later than June 17, 2008;
- All expert discovery shall be completed by July 14, 2008;
- All dispositive motions shall be heard no later than September 5, 2008;
- The Final Pretrial Conference shall be conducted on November 17, 2008, at 1:30 p.m. before the Honorable Gregory G. Hollows;

\\\\\

1 • A ten day trial shall be conducted commencing February 24, 2009, at 9:00 a.m. before the Honorable Frank C. Damrell.

Dated: 10/25/07         /s/ Gregory G. Hollows
         _____
         U.S. Magistrate Judge

cares.sch