IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARES, INC., aka CONSUMER
ADVOCATES RIGHTS ENFORCEMENT, et al.,

     Plaintiffs,                    CIV. NO. S-05-2553 FCD GGH

  vs.

MICHAEL O. LEAVITT,

     Defendant.                    ORDER

_____/

        Plaintiffs' motion for class certification presently is calendared for hearing on November 1, 2007. Plaintiffs have filed an ex parte application to vacate the motion from the calendar. Defendant has opposed the application.

        Accordingly, IT IS ORDERED that plaintiffs' ex parte application for order removing from calendar plaintiffs' motion to certify class, filed October 26, 2007, is denied. The hearing will remain on calendar to address whether to go forward with the motion to certify the class, and if that motion does not go forward on November 1st, the hearing will address further regulation of the conduct of these proceedings.

DATED: 10/30/07                      /s/ Gregory G. Hollows

                                                    GREGORY G. HOLLOWS
                                                    U. S. MAGISTRATE JUDGE

GGH:076:CARES2553.hrg.wpd