**BRONSON & ASSOCIATES**
ATTORNEYS AT LAW
MARTHA BRONSON, ESQ. #133396
15 WEST 8th STREET, SUITE A
TRACY, CA 95376
209-830-0400 Fax: 209-832-5000
E-Mail: mslawyer@thelaw.bz
*Dedicated Website: www.thelaw.bz*

Attorneys for Plaintiff and Putative Class Members

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALL, PAMELA, individually and on behalf of all those similarly situated, <br><br> Plaintiff(s), <br><br> v. <br><br> MICHAEL O. LEAVITT, Secretary of the Department of Health and Human Services, <br><br> Defendant(s). | CASE NO.: 2:06-cv-2553 FCD GGH <br><br> STIPULATION AND ORDER DISMISSING CONSUMER ADVOCATES RIGHTS SOCIETY, INC. aka CARES, INC., WITH PREJUDICE |

Whereas, the parties desire to dismiss with prejudice plaintiff, CONSUMER ADVOCATES RIGHTS SOCIETY, INC., aka CARES, INC., each party to bear their own costs and fees, it is hereby stipulated that CONSUMER ADVOCATES RIGHTS SOCIETY, INC., aka CARES, INC., shall be dismissed with prejudice from this case, with all parties to bear their own costs and fees.

IT IS SO STIPULATED.

DATED: 10/10/07                                BRONSON & ASSOCIATE

                                    By:   /s/ Martha Bronson
                                          MARTHA BRONSON
                                          Attorneys for Plaintiff and Putative Class

DATED: 10/11/07                                McGREGOR W. SCOTT
                                               United States Attorney

                                    By:   /s/ /Kelli Taylor
                                          Assistant U.S. Attorney

**ORDER**

GOOD CAUSE APPEARING, it is so ordered.

DATED: November 1, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE