IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARES, INC., aka CONSUMER
ADVOCATES RIGHTS ENFORCEMENT, et al.,

    Plaintiff,                      CIV. NO. S-05-2553 FCD GGH

  vs.

MICHAEL O. LEAVITT,

    Defendant.                    ORDER
_____/

       Presently before the court is defendant's ex parte application to vacate the March 6, 2008 hearing on plaintiff's discovery motion for failure to comply with E. D. Local Rule 37-251.

       Accordingly, IT IS ORDERED that plaintiff shall file a response to defendant's February 26, 2008 application by close of business on Thursday, February 28, 2008.

DATED: 02/27/08

                                              /s/ Gregory G. Hollows

                                              _____
                                              GREGORY G. HOLLOWS
                                              U. S. MAGISTRATE JUDGE

GGH:076:Cares2553.res.wpd