IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARES, INC., et al.,

     Plaintiff,

vs.

MICHAEL O. LEAVITT,

     Defendant.

                             /

No. CIV S-05-2553 FCD GGH

ORDER

        Defendant has now been in possession of plaintiff's written position on the discovery disagreement(s) for over a week now. Thus, although not expressly applicable, the renoticing of the motion to compel in this case should be viewed in conjunction with the last sentence of E.D. Cal. Local Rule 37-251(a) which provides that if the notice of motion is served in conjunction with the joint statement, the court need only be given three days notice. Defendant has had sufficient time in which to draft a response.

        The Ex Parte Application to Vacate the March 13, 2008, hearing is denied. Defendant shall submit his response to plaintiff's portion of the joint statement by close of

\\\\\

\\\\\

\\\\\

1

1  business (5:00 p.m.) March 10, 2008.   Defendant shall file with the court both plaintiff's portion
2  of the joint statement as received by defendant as well as defendant's.
3  Dated: 03/07/08

/s/ Gregory G. Hollows
_____
U.S. MAGISTRATE JUDGE