IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAMELA WALL,[1] individually
and on behalf of all those
similarly situated,

    Plaintiff,                      CIV. NO. S-05-2553 FCD GGH

  vs.

MICHAEL O. LEAVITT,

    Defendant.                   <u>ORDER</u>

        On May 19, 2008 plaintiff filed a request for extension of time to complete discovery related to her summary judgment motion, and file that motion. Pursuant to order filed March 18, 2008, depositions for purposes of summary judgment were required to be completed by May 9, 2008. Any request to continue discovery was required to be filed before this date. E.D. Local Rule 6-144(d). Plaintiff's excuses for not requesting an extension of time earlier are not acceptable. Plaintiff will, however, be granted an extension in which to file her summary judgment motion.

        Accordingly, IT IS ORDERED that:

        1. Plaintiff's May 19, 2008 request for extension of time is granted in part and denied in part.

---

[1] Former plaintiff CARES, Inc. was dismissed by stipulated order on November 1, 2007.

1

1      2. Plaintiff's request for extension of time in which to complete depositions for
2  purposes of summary judgment, is denied.
3      3. Plaintiff 's request for extension of time to file a summary judgment motion is
4  granted in part.  Plaintiff shall file her summary judgment motion by June 19, 2008, and properly
5  notice it for hearing.  The requirements set forth in this court's order of March 18, 2008 continue
6  to apply.
7  DATED: 05/22/08

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
U. S. MAGISTRATE JUDGE

GGH:076:Wall2553.eot2

2