1

2

3

4

5

6

7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9   PAMELA WALL,[1] individually
    and on behalf of all those
10  similarly situated,

11            Plaintiff,                    CIV. NO. S-05-2553 FCD GGH

12       vs.

13  MICHAEL O. LEAVITT,

14            Defendant.                    ORDER
    _____/

15            Presently before the court is plaintiff's application for extension of time in which

16  to file her summary judgment motion.  Plaintiff requests a continuance to at least July 21, 2008,

17  to file her motion.  Defendant conditionally agrees to a two week extension only, provided

18  plaintiff provides proof of her claimed illness which is the reason for the request.

19            Accordingly, IT IS ORDERED that: plaintiff shall fax appropriate medical

20  documentation to support her request for extension of time to chambers for in camera review by

21  close of business today.  The facsimile number is (916) 491-3915.  The court will then issue a

22  decision on the request.

23  DATED: 06/17/08                         /s/ Gregory G. Hollows
                                            _____
24                                          U. S. MAGISTRATE JUDGE
    GGH:076:Wall2553.eot3
25

26        [1] Former plaintiff CARES, Inc. was dismissed by stipulated order on November 1, 2007.

                                        1