IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAMELA WALL,[1] individually
and on behalf of all those
similarly situated,

    Plaintiff,                                 CIV. NO. S-05-2553 FCD GGH

  vs.

MICHAEL O. LEAVITT,

    Defendant.                               <u>ORDER</u>

_____/

        Presently before the court is plaintiff's application for extension of time in which to file her summary judgment motion. Plaintiff requests a continuance to at least July 21, 2008, to file her motion. Defendant conditionally agrees to a two week extension only, provided that plaintiff provides proof of counsel's claimed illness which is the reason for the request. Pursuant to order, plaintiff's counsel submitted medical documentation for *in camera* review.

        This request is plaintiff's third such request to extend time in which to file her summary judgment motion, in addition to the original time granted by the court of sixty days, in a case which is over two and a half years old.

        Accordingly, IT IS ORDERED that:

        1. Plaintiff's June 13, 2008 application for extension of time is granted in part.

---

[1] Former plaintiff CARES, Inc. was dismissed by stipulated order on November 1, 2007.

1

2. Plaintiff is granted until July 7, 2008 to file her summary judgment motion.

3. No further extensions of time will be granted.

DATED: 06/17/08

/s/ Gregory G. Hollows

U. S. MAGISTRATE JUDGE

GGH:076:Wall2553.eot3b