IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAMELA WALL,[1] individually and on behalf of all those similarly situated,

    Plaintiff,

vs.

MICHAEL O. LEAVITT,

    Defendant.

CIV. NO. S-05-2553 FCD GGH

ORDER

    Presently before the court is plaintiff's motion for summary judgment, filed July 16, 2008, and noticed for hearing on August 14, 2008.

    For reasons to be explained by further order, IT IS ORDERED that plaintiff's motion for summary judgment is vacated from the calendar for August 14, 2008. The further order may include, if at all, time for filing an opposition.

DATED: 07/25/08

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
U. S. MAGISTRATE JUDGE

GGH:076:Wall2553.vac

---

[1] Former plaintiff CARES, Inc. was dismissed by stipulated order on November 1, 2007.