```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  KELLI L. TAYLOR
    Assistant United States Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814-2322
 4  Telephone: (916) 554-2741

 5  Attorneys for Secretary of Department of
    Health and Human Services
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARES, INC. aka CONSUMER ADVOCATES RIGHTS ENFORCEMENT SOCIETY, a California not for profit public benefit consumer advocacy Corporation, PAMELA WALL, individually and on behalf of all those similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL O. LEAVITT, Secretary of the Department of Health and Human Services,<br><br>    Defendant. | Case No. 2:05-CV-02553-FCD-GGH<br><br>STIPULATION TO EXTEND BRIEFING SCHEDULE ON MOTION FOR SUMMARY JUDGMENT<br><br>Complaint Filed:  December 15, 2006<br>Trial Date:      None Set |

   The parties, by and through their counsel of record, HEREBY STIPULATE to a thirteen day extension of the deadline, set forth in this court's January 12, 2009 order (court docket #210), for Defendant to file its motion for summary judgement on Plaintiff's remaining causes of action. Pursuant to this stipulation, Defendant's Motion shall now be filed on February 24, 2009 instead of February 11, 2009.  Plaintiff's opposition shall be due thirty days later; and Defendant's reply due fifteen days thereafter.

   This stipulation is necessitated by pre-existing scheduling conflicts for both counsel. Defendant's counsel received a motion for summary judgment in another federal action on January 9, 2009 and must file a cross motion for summary judgment and opposition on February 6, 2009, case # 2:08-CV-00645-WBS-CMK.  Defense counsel also has a pre-arranged trip on January 31-February

2, 2009 and other work commitments that were previously scheduled and cannot readily be rearranged. Plaintiff's counsel also has a dispositive motion and opposition due during this same time frame, which are scheduled for hearing on February 24, 2009. Plaintiff therefore does not wish to receive the summary judgment motion in this case before that date. There is currently no trial date in this case nor other court deadlines that will be impacted by this brief thirteen day extension.

Accordingly, the parties hereby STIPULATE to a thirteen day extension of the deadline for Defendant to file its summary judgment motion on Plaintiff's remaining claims, which motion shall now be filed on February 24, 2009.

IT IS SO STIPULATED

Dated:  January 26, 2009

LAWRENCE G. BROWN
Acting United States Attorney

By:  /s/ Kelli L. Taylor
KELLI L. TAYLOR
Assistant U.S. Attorney
Attorneys for Defendant
United States of America

Dated:  January 26, 2009

/s/ Martha Bronson
MARTHA BRONSON
Attorneys for Plaintiff

## ORDER

Pursuant to the parties stipulation, and for good cause shown, the court hereby GRANTS the request for a thirteen day continuance of the deadline for Defendant to file its Motion for Summary Judgment on Plaintiffs' remaining claims as specified in this courts January 12, 2009 order (Court Docket #210). Defendant's brief is now due on February 24, 2009 and all other briefing deadlines and schedules specified in the prior order remain unchanged.

IT IS SO ORDERED.

Dated:  January 28, 2009

/s/ Gregory G. Hollows
Honorable Gregory Hollows
United States Magistrate Judge

care2553.eot