| | |
|---|---|
| 1 | LAWRENCE G. BROWN<br>Acting United States Attorney |
| 2 | KELLI L. TAYLOR<br>Assistant U.S. Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, California 95814-2322 |
| 4 | Telephone: (916) 554-2741 |
| 5 | Attorneys for Defendant |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARES, INC. aka CONSUMER ADVOCATES RIGHTS ENFORCEMENT SOCIETY, a California not for profit public benefit consumer advocacy Corporation, PAMELA WALL, individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL O. LEAVITT, Secretary of the Department of Health and Human Services,<br><br>Defendant. | Case No. 2:05-CV-02553-FCD-GGH<br><br>NOTICE OF SUBSTITUTION OF DEFENDANT AND ORDER<br><br>[Fed.R.Civ.P., 25(d)(1)] |

NOTICE IS HEREBY GIVEN that on April 29, 2009, Kathleen Sebelius was sworn in by the United States Senate as Secretary of Health and Human Services, replacing Charles E. Johnson as Acting Secretary.

Accordingly, pursuant to Fed. R. Civ. P. 25(d)(1), Kathleen Sebelius will be substituted as defendant, and all further proceedings in this action "shall be in the name of the substituted party." Defendants Kathleen Sebelius and the United States of America further request that the caption used in this case be modified to reflect this substitution.

| | | |
|---|---|---|
| DATED: May 28, 2009 | | LAWRENCE G. BROWN<br>Acting United States Attorney |
| | By: | */s/ Kelli L. Taylor* |
| | | KELLI L. TAYLOR<br>Assistant United States Attorney<br>Attorneys for Defendants United States of America, and for Kathleen Sebelius, Secretary of Health and Human Services |

**ORDER**

IT IS SO ORDERED.

Dated: May 29, 2009

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE